UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY BILLUPS,<br><br>                              Plaintiff,<br><br>-against-<br><br>ADRIENNE A. HARRIS, NEW YORK STATE DEPT. OF TAXATION AND FINANCE COMMISSIONER; AMANDA HILLER, NEW YORK STATE DEPT. OF TAXATION AND FINANCE DEPUTY COMMISSIONER; KAREN GEDULDIG, NEW YORK STATE DEPT. OF TAXATION AND FINANCE, DEPUTY COMMISSIONER OF CIVIL ENFORCEMENT DIVISION; JOSEPH CAPELLA ADMINISTRATIVE JUDGE,<br><br>                              Defendants. | 24-cv-8735 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the April 14, 2025, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 15, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge